UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Kathryn Carter, <br><br> Plaintiff, <br><br> v. <br><br> The Lemelson Group, LLC et al, <br><br> Defendant. | Civil Action No. 2:24–cv–070 |

## **ORDER**

On or before February 23, 2024, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 13th day of February 2024.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge