UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Kathryn Carter,<br><br>      Plaintiff(s),<br><br>      v.<br><br>The Lemelson Group, LLC, et al,<br><br>      Defendant(s). | Civil Action No. 2:24–cv–070 |

### **ORDER**

On or before April 8, 2024, Defendants shall return executed their Magistrate Judge Assignment Forms in accordance with Local Rule 73(c) and The Lemelson Group, LLC shall also file its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 1st day of April 2024.

                                                    */s/ Kevin J. Doyle*
                                                    Kevin J. Doyle
                                                    United States Magistrate Judge